USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER CONTOMPASIS,

Petitioner,

-against-

MARLYN KOPP, SING SING CORRECTIONAL FACILITY,

Respondents.

1:26-cv-7047 (MKV)

TRANSFER ORDER

MARY KAY VYSKOCIL, United States District Judge:

On August 21, 2026, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to vacate a judgment of conviction of the Albany County Court. [ECF No. 3].

The Court is in receipt of an email from Kathy Manley, Esq., counsel for Petitioner, indicating that the petition should have been filed in the Northern District of New York. Local Civil Rule 83.3 provides that "[u]nless otherwise provided by statute, applications for a writ of habeas corpus made by persons under the judgment and sentence of a court of the State of New York must be filed, heard, and determined in the district court for the district within which they were convicted and sentenced." Local Civil Rule 83.3.

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the Northern District of New York.

The Clerk of Court is further requested to close this case on this Court's docket.

**SO ORDERED.**

**Date: September 23, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**